UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RED BULL GMBH and RED BULL NORTH AMERICA, INC., | * * |
| VERSUS | * CIVIL ACTION NO. 09-3935 * |
| | * SECTION "F" Martin L.C. Feldman * |
| INDIA IMPORTS, INC., A/K/A INTERNATIONAL WHOLESALE CLUB | * * MAG 4 Karen Wells Roby |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Upon consideration of Plaintiffs Red Bull GmbH and Red Bull North America, Inc.'s Stipulation concerning the time for the Defendants to file an answer to the Complaint in the above-captioned litigation;

IT IS HEREBY ORDERED that Plaintiffs Red Bull GmbH and Red Bull North America, Inc.'s Stipulation is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant India Imports, Inc., d/b/a International Wholesale Club, must file an answer to the Summons and Complaint within twenty (20) days after the stay is lifted but are under no obligation to file such an answer prior to that date.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
The Honorable Martin L.C. Feldman
United States District Court Judge

[Handwritten annotation: "Denied. This case is administratively closed and must be reopened upon submission of an appropriate motion. 11/7/09"]